UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEM FOR THE CITY OF PROVIDENCE,<br><br>       Plaintiff,<br><br>  -against-<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>       Defendant. | 24-mc-349 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On July 25, 2024, Plaintiff filed a motion seeking leave to file a miscellaneous action, with the action to be commenced by way of a redacted motion. *See* 24-mc-340, Dkt. 1. That request was granted, spawning this miscellaneous case, 24-mc-349. So far, only a sealed motion has been filed on the 24-mc-349 docket.

By August 7, 2024, Plaintiff shall serve Defendant, file its proposed redacted copies of its motion and supporting papers (24-mc-340, Dkt. 1-21 to -37) on the public docket, and file the unredacted copies under seal on ECF. By August 9, 2024, the parties shall meet, confer, and propose a briefing schedule.

  SO ORDERED.

Dated: August 6, 2024
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge