August 9, 2024

**VIA ECF**

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 11.

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 12, 2024

> Re: *Employees Retirement System for the City of Providence v. Board of Governors of the Federal Reserve System*, 1:24-mc-00349

Dear Judge Subramanian:

Pursuant to Your Honor's August 6, 2024 order, the parties have met and conferred and respectfully propose and request the following briefing schedule:

- Respondent shall supplement the administrative record as necessary and file its opposition and/or cross motion for summary judgment by August 30, 2024[1];

- Petitioner shall file its reply in support of its motion and, if applicable, opposition to any cross motion for summary judgment by September 11, 2024; and

- If applicable, Respondent shall file its reply in further support of its cross motion for summary judgment by September 18, 2024.

The parties also respectfully request that the Court enlarge the page limit for Petitioner's memorandum of law (ECF No. 5), and request that the Court allow Respondent a corresponding 28-page limit for its filing due on August 30, 2024. The parties believe there is good cause to support the enlargement of the page limit given the complexities of the issues involved and the procedural posture of these dispositive Administrative Procedures Act motions, filed without a complaint. Subject to the Court's approval, the parties will limit any reply memorandum to 10 pages pursuant to the Court's Individual Rule 8.

---

[1] Petitioner takes no position on the propriety of Respondent filing a cross motion and reserves its right to object to any such cross motion.

| | |
|---|---|
| Dated: August 9, 2024 | Respectfully submitted, |

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jeremy P. Robinson*
Jeroen van Kwawegen
Jeremy P. Robinson
Edward G. Timlin
Eric J. Riedel
Stephen C. Boscolo
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1400
*Counsel for Petitioner*


*/s/ Yvonne F. Mizusawa*
Yvonne F. Mizusawa
Senior Counsel
Monika Moore
Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Ave. N.W.
Washington, D.C. 20551
Yvonne.f.mizusawa@frb.gov
(PH) (202) 469-1007
(FAX) (202) 736-5615