**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEM FOR THE CITY OF PROVIDENCE, derivatively as a shareholder of CREDIT SUISSE GROUP AG on behalf of CREDIT SUISSE GROUP AG,<br><br>     Petitioner<br><br>     v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>     Respondent. | Misc. Case No. 1:24-mc-00349<br><br>Underlying Action:<br><br>*Employees Retirement System for the City Of Providence, derivatively as a shareholder of Credit Suisse Group AG on behalf of Credit Suisse Group AG vs. Urs Rohner et al*, Docket No. 651657/2022 (N.Y. Sup Ct. Apr 26, 2022) |

**AFFIRMATION OF JEREMY ROBINSON IN SUPPORT OF PETITIONER'S LETTER MOTION TO FILE A RESPONSE TO *AMICUS CURIAE* BRIEF OF UBS AMERICAS HOLDING, LLC**

I, Jeremy P. Robinson, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am a member of the Bar of the State of New York and the United States District Court for the Southern District of New York and a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP, counsel for Employees Retirement System for the City of Providence ("Petitioner") in the underlying action captioned *Employees Retirement System for the City of Providence vs. Urs Rohner et al.*, Docket No. 651657/2022 (N.Y. Sup Ct. Apr 26, 2022) (the "NY Action"). Based on my active and continuing litigation of the above-captioned action, I am fully familiar with the facts and circumstances set forth herein. I respectfully submit this affirmation in support of Petitioner's Letter Motion to File a Response to *Amicus Curiae* Brief of UBS Americas Holding, LLC.

2. A true and correct copy of Petitioner's proposed Response is attached hereto as **Exhibit A**.

3. A true and correct copy of a report published by FINMA titled "Lessons Learned from the CS Crisis," dated December 19, 2023, is attached hereto as **Exhibit B**.

Dated: September 26, 2024
     New York, New York

*/s/ Jeremy P. Robinson*
Jeremy P. Robinson
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1400
