UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMPLOYEES RETIREMENT SYSTEM FOR THE CITY OF PROVIDENCE,

                Plaintiff,

-against-

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

                Defendant.

24-mc-349 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    On August 6, 2024, the Court ordered plaintiff to file unredacted copies of its motion and supporting papers under seal on ECF. *See* Dkt. 2. To date, plaintiff has still not done that. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 13, 2024**.

    SO ORDERED.

Dated: November 12, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge