# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

April 16, 2025

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
SubramanianNYSDChambers@nysd.uscourts.gov

    Re: *Employees Retirement System for the City of Providence v. Board of Governors of the Federal Reserve System*, No. 1:24-mc-349-AS (S.D.N.Y.)

Dear Judge Subramanian:

    We represent Petitioner Employees Retirement System for the City of Providence ("Petitioner"). We write to respectfully request an oral argument on Petitioner's Motion for Summary Judgement on Administrative Procedures Act Review and for Declaratory Relief (ECF No. 42).

    If the Court were to grant this request for oral argument, consistent with the Court's Individual Practices, Rule 7.A, Eric Riedel will present on behalf of Petitioner. Mr. Riedel is a 2017 law school graduate and, except for pro bono, has not previously argued a motion in federal court. Further, pursuant to Rule 7.A., Mr. Riedel played a substantial role in drafting the underlying Petition.

    Thank you for your consideration of this matter.

                                      Respectfully Submitted,

                                      */s/ Jeremy P. Robinson*
                                      Jeremy P. Robinson

cc: All Counsel of Record (by ECF)