UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEM FOR THE CITY OF PROVIDENCE, derivatively as a shareholder of CREDIT SUISSE GROUP AG on behalf of CREDIT SUISSE GROUP AG, <br><br>       Petitioner, <br><br>     -against- <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, <br><br>       Respondent. | 24-MC-349 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 8, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge